JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

FERRARI FINANCIAL SERVICES, INC.,

Plaintiff,

v.

ARARAT KAGRAMANYAN,

Defendant.

Case No. 2:25-cv-00578-RGK-AJR

[PROPOSED] JUDGMENT

NOTE: MODIFIED BY THE COURT

Pursuant to the Court's Order granting Plaintiff Ferrari Financial Services, Inc.'s ("Plaintiff") Motion for Summary Judgment, (ECF 48), judgment is hereby entered in favor of Plaintiff and against Defendant Ararat Kagramanyan ("Defendant") as follows:

1.     Defendant shall pay contract damages to Plaintiff in the amount of $213,183.95.

This Judgment shall accrue post-judgment interest at the rate of 3.43% until the Judgment is paid in full. The Court shall retain jurisdiction over this action for purposes of enforcing compliance with the terms of this Judgment.

All pending dates are vacated.

**IT IS SO ORDERED.**

Dated: 2/18/2026

_____
Hon. R. Gary Klausner
United States District Judge

SNELL & WILMER
L.L.P.
LAW OFFICES
350 SOUTH GRAND AVENUE
SUITE 3100
CITY NATIONAL 2CAL
LOS ANGELES, CALIFORNIA 90071

- 1 -

[PROPOSED] JUDGMENT